FILED
CLERK, U.S. DISTRICT COURT

10/06/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| UNITED STATES OF AMERICA, | CR 2:20-cr-00449-FMO |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [18 U.S.C. § 2244(b): Abusive Sexual Contact; 49 U.S.C. § 46506(1): Application of Certain Criminal Laws to Acts on Aircraft] |
| MOHAMMAD JAWAD ANSARI, | |
| Defendant. | |

The Grand Jury charges:

[18 U.S.C. § 2244(b); 49 U.S.C. § 46506(1)]

On or about February 17, 2020, while on an aircraft in the special aircraft jurisdiction of the United States and outside the Central District of California, namely, United Airlines Flight 1977, which flight originated in Cleveland, Ohio, and landed in Los Angeles, California, in Los Angeles County, within the Central District of California, defendant MOHAMMAD JAWAD ANSARI knowingly engaged in sexual contact with R.S., as defined in Title 18, United States Code, Section 2246(3), without R.S.'s permission, by intentionally touching, through R.S.'s clothing, R.S.'s leg and inner

thigh, with an intent to abuse, humiliate, harass, and degrade, and to arouse and gratify the sexual desire of defendant ANSARI and R.S.

                              A TRUE BILL


                              _____/S/_____
                              Foreperson


NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Acting Deputy Chief, General
Crimes Section

BRIAN R. FAERSTEIN
Assistant United States Attorney
Environmental and Community
Safety Crimes Section