FILED

2020 OCT 26  AM 10: 22

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. PLAINTIFF | CASE NUMBER: 2:20-cr-00449-FMO |
|---|---|
| MOHAMMAD JAWAD ANSARI | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____ DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 10/26/2020   9:00   ☑ AM   ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☑ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 2244(b) Abusive sexual contact on an aircraft

5. Offense charged is a:   ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☑ No   ☐ Yes   Language: _____

7. Year of Birth: 1973

8. Defendant has retained counsel:   ☐ No
   ☑ Yes   Name: Alan Eisner   Phone Number: (310) 721-4148

9. Name of Pretrial Services Officer notified: Yoel Hanohov

10. Remarks (if any): None.

11. Name: SA William Richau   (please print)

12. Office Phone Number: (310) 337-9138      13. Agency: FBI

14. Signature: [signature]      15. Date: 10/26/2020

CR-64 (05/18)       REPORT COMMENCING CRIMINAL ACTION