E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
SAMUEL J. DIAZ (Cal. Bar No. 304503)
JAMES A. SANTIAGO (Cal. Bar No. 300459)
Assistant United States Attorneys
International Narcotics, Money Laundering,
  & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-3045/2229
    Facsimile: (213) 894-0142
    E-mail:   samuel.diaz@usdoj.gov
              james.santiago@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-00449-FLA |
| Plaintiff, | OBJECTIONS TO DEFENDANT'S OPENING |
| v. | Indictment:   Oct. 6, 2020 |
| MOHAMMAD JAWAD ANSARI, | Pretrial Conf: April 26, 2023<br>Trial Date:   May 2, 2023<br>Last Day:     May 15, 2023 |
| Defendant. | Location:   Courtroom of Hon.<br>            Aenlle-Rocha |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Samuel J. Diaz and James A. Santiago, hereby submits its Objections to Defendant's Opening Statement.  On May 1, 2023, Caleb Mason, counsel for defendant Mohammad Jawad Ansari, emailed the government a draft of defendant's opening statement.  The parties conferred telephonically that day regarding the government's objections.  Defense agreed to modify portions of the opening statement and to remove other

sections.  Out of an abundance of caution, the government has identified and objects to the following sections in defendant's draft opening statement.  Additionally, the government objects to the extent anything in the opening statement is argument.

The government respectfully reserves the right to supplement these objections.

Dated: May 1, 2023                    Respectfully submitted,

                                      E. MARTIN ESTRADA
                                      United States Attorney

                                      MACK E. JENKINS
                                      Assistant United States Attorney
                                      Chief, Criminal Division


                                       /s/
                                      ─────────────────────────────────
                                      SAMUEL J. DIAZ
                                      JAMES A. SANTIAGO
                                      Assistant United States Attorneys

                                      Attorneys for Plaintiff
                                      UNITED STATES OF AMERICA

| Defense Statement | Government's Objection |
|---|---|
| **Slides 6-17** – Saying defendant has had 170 round trips in the prior six months and there were no issues on any of the flights. Defense includes copies of the flight records. | FRE 401, 402, 403, 404(b). Defendant seeks to introduce irrelevant prior flight records to argue that he did not commit the instant offense. This is improper propensity evidence. |
| **Slide 22** – Saying defendant "Has vivid memories of flying as a Muslim man for the past twenty years, as well as childhood in Pakistan." | Court Order granting Government's Motion in Limine No. 1 to Exclude Improper Reference, Testimony, and Argument (Dkt. 92.) |
| **Slide 54** – Saying regarding defense Sleep Expert Rafael Pelayo, M.D. "Can *he*—a specialist in the field who has closely observed thousands of patients—tell the difference between a sleeping person and a person who's awake with their eyes closed, just by looking at them? NO." | Court Order granting in part and denying in part Government's Motion in Limine No. 2 to Exclude Defendant's Proposed Expert Witnesses (Dkt. 92.) |
| **Slide 55** – Defense Sleep Expert Rafael Pelayo, M.D. identifying factors such as medication, sleep deprivation, time zone shift, light, uncomfortable position, and crowding. Proceeding to say, "An early morning cross-country plane flight in a crowded economy section hits all of these." | Court Order granting in part and denying in part Government's Motion in Limine No. 2 to Exclude Defendant's Proposed Expert Witnesses (Dkt. 92.) |
| **Slides 56-58** - Demonstrative illustrations (Ansari 0125-209) depicting the seats and row and relative positions of Mr. Ansari, Richard Rice, and R.S. | FRE 901, 401, 403. Defendant's proposed demonstrative does not accurately depict the airline seats, contains irrelevant materials, and is not based on any anticipated witness testimony. |