# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:20-cr-00449-FLA-1 |
| Date | May 2, 2023 |
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA |
| Interpreter | N/A |

| Twyla Freeman | Katherine Stride | Samuel Jose Diaz; James Alexander Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mohammad Jawad Ansari | ☐ | ☐ | ☒ | Caleb E. Mason | ☐ | ☐ | ☒ |
| | | | | Jacqueline Michele Sparagna | ☐ | ☐ | ☒ |

____ Day <u>COURT TRIAL</u>     <u>First</u> Day <u>JURY TRIAL</u>     ____ Death Penalty Phase

____ One day trial;   ☒ Begun (1st day);   ☒ Held & continued;   ____ Completed by jury verdict/submitted to court.

☒ The Jury is impaneled and sworn.

____ Opening statements made by _____

____ Witnesses called, sworn and testified.

____ Exhibits identified     ____ Exhibits admitted

____ Government rests.     ____ Defendant(s) _____ rest.

____ Motion for mistrial by _____ is ____ granted ____ denied ____ submitted

____ Motion for judgment of acquittal (FRCrP 29) is ____ granted ____ denied ____ submitted

____ Closing arguments made     ____ Court instructs jury     ____ Bailiff sworn

____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

____ Alternates excused     ____ Jury retires to deliberate     ____ Jury resumes deliberations

____ Finding by Court as follows:

| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

____ Jury polled     ____ Polling waived

____ Filed Witness & Exhibit lists     ____ Filed Jury notes     ____ Filed Jury Instructions     ____ Filed Jury Verdict

____ Dft # ____ Referred to Probation Office for Investigation & Report and continued to _____ for sentencing.

____ Dft # ____ remanded to custody.     ____ Remand/Release# ____ issd.     ____ Dft # ____ released from custody.

____ Bond exonerated as to Dft # _____

☒ Case continued to <u>Wednesday, May 3, 2023, at 8:15 a.m.</u> for further trial/further jury deliberation.

☒ Other: An Evidentiary hearing is held. For the reasons stated on the record court will allow Defense to use a prop as a demonstrative in opening statement.

Also present is Special Agent William Richau.

5 : 23

Initials of Deputy Clerk    tf

____ USM ☒ USPPO