# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - TRIAL

| | | |
|---|---|---|
| Case No. | 2:20-cr-00449-FLA-1 | Date    May 9, 2023 |

Present: The Honorable   FERNANDO L. AENLLE-ROCHA

Interpreter   N/A

| Twyla Freeman | Katherine Stride | Samuel Jose Diaz; James Alexander Santiago |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mohammad Jawad Ansari | ☐ | ☐ | ☒ | Caleb E. Mason | ☐ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | Jacqueline Michele Sparagna | ☐ | ☐ | ☒ |
| | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ |
| | ☐ | ☐ | ☐ | | ☐ | ☐ | ☐ |

_____ Day COURT TRIAL          5th  Day JURY TRIAL          _____ Death Penalty Phase

_____ One day trial;     Begun (1st day);     Held & continued;   ☒     Completed by jury verdict.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn and testified.

_____ Exhibits identified          _____ Exhibits admitted

_____ Government rests.          _____ Defendant(s) _____ rest.

_____ Motion for mistrial by _____ is _____ granted _____ denied _____ submitted

_____ Motion for judgment of acquittal (FRCrP 29) is _____ granted _____ denied _____ submitted

_____ Closing arguments made     _____ Court instructs jury     _____ Bailiff sworn

_____ Clerk  reviewed  admitted   exhibits with counsel to be submitted to the Jury/Court for deliberations/findings.

_____ Alternates excused     _____ Jury retires to deliberate     ☒ Jury resumes deliberations

_____ Finding by Court as follows:

| | | |
|---|---|---|
| Dft # 1 | ☒ found guilty on count One | _____ found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |
| Dft # | found guilty on counts | found not guilty on counts |

☒ Jury polled          _____ Polling waived

☒ Filed Witness & Exhibit lists     ☒ Filed Jury notes 2, 3, and 4.     ☒ Filed Jury Instructions     ☒ Filed Jury Verdict

☒ Dft #   1  Referred to Probation Office for Investigation & Report and continued to   9/29/23 at 10:00 a.m.   for sentencing.

☒ Dft #   1  remanded to custody.     Remand/Release# _____ issd.     Dft # _____ released from custody.

☒ Bond exonerated as to Dft #   1

_____ Case continued to _____ for further trial/further jury deliberation.

_____ Other: _____     00     :   23

Initials of Deputy Clerk _____ tf

☒ USM ☒ USPPO

CR-78 (04/23)          CRIMINAL MINUTES - TRIAL          Page 1 of 1