FILED
CLERK, U.S. DISTRICT COURT

MAY - 9 2023

CENTRAL DISTRICT OF CALIFORNIA
BY        tf        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00449-FLA |
| Plaintiff, | VERDICT FORM |
| v. | |
| MOHAMMAD JAWAD ANSARI, | |
| Defendant. | |

1

As to the offense of Abusive Sexual Contact, in violation of Title 18, United States Code, Section 2244(b), and Title 49, United States Code, Section 46506(1), we, the jury in the above-captioned case, unanimously find the defendant MOHAMMAD JAWAD ANSARI (check one):

       _____ NOT GUILTY

       \_\_X\_\_\_\_ GUILTY

DATED: MAY 9           , 2023, at Los Angeles, California.

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

2