# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:20-cr-00449-FLA-1 | Date: | October 5, 2023 |

| | |
|---|---|
| Present: The Honorable | FERNANDO L. AENLLE-ROCHA, United States District Judge |
| Interpreter: | N/A |

| Twyla Freeman | April Lassiter-Benson | James A. Santiago<br>Samuel J. Diaz |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Mohammad Jawad Ansari | √ | √ | | Jacqueline M. Sparagna<br>Caleb E. Mason | √<br>√ | | √<br>√ |

**Proceedings:**   SENTENCING (Non-Evidentiary)

The matter is called for hearing.  Also present is Supervisory United States Probation and Pretrial Services Officer Adam Sweeney.

Refer to separate Judgment Order.

Defendant is informed of right to appeal.

The court recommends to the United States Bureau of Prisons that defendant be housed within the Central District of California to facilitate contact with family.

CC: BOP, USM, USPO

|         | 1 | : | 57 |
|---|---|---|---|
| | Initials of Deputy Clerk | tf | |